445 F.2d 316
 John ALICE d/b/a John Alice Export Company, Plaintiff-Appellant,
v.
ROBETT MANUFACTURING CO., Inc., Defendant-Appellee.
 No. 71-1095.
 United States Court of Appeals, Fifth Circuit.
 June 4, 1971.
 
 Archer D. Smith, III, H. William Constangy, Nolan B. Harmon, Harmon & Smith, Atlanta, Ga., for appellant.
 John L. Westmoreland, James M. Crawford, Westmoreland, Hall & Bryan, Atlanta, Ga., for appellee.
 Before GEWIN, BELL, and MORGAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 We conclude that the judgment of the district court in this matter is correct. See Alice v. Robett Manufacturing Co., Inc., N.D. Ga., 1970, 328 F.Supp. 1377.
 
 
 2
 Affirmed.